STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: westcliff3@gmail.com

Counsel for Defendant
JOSE MONDRAGON-SANCHEZ

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
4/11/2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00057-EJD |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| JOSE MONDRAGON-SANCHEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Meredith Edwards, and Defendant JOSE MONDRAGON-SANCHEZ ("Mr. Mondragon"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from April 15 to May 6, 2013, at 1:30 p.m.

1. Mr. Mondragon has been charged in a single count Information, which was filed on January 28, 2013, with a violation of 8 U.S.C. § 1326.

2. A status conference before this Honorable Court is scheduled for April 15, 2013, at 1:30 p.m.

///

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
CASE NO. CR 13-00057                1

3. Counsel and Mr. Mondragon need additional time to review the discovery provided by the government. Also, there is a legal issue that needs further research and discussion which could significantly affect the disposition of Mr. Mondragon's case.

4. Mr. Mondragon respectfully requests that the status hearing be continued as requested, and agrees to the exclusion of time from April 15 to May 6, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A).

5. Accordingly, the parties request that the status hearing be continued to May 6, 2013, at 1:30 p.m.

IT IS SO STIPULATED.

                          Respectfully submitted,

                          STEVEN G. KALAR
                          Federal Public Defender

                          /S/

Dated: April 11, 2013       ROBERT M. CARLIN
                          Assistant Federal Public Defender

                          UNITED STATES ATTORNEY

                          /S/

Dated: April 11, 2013
                          MEREDITH EDWARDS
                          Special Assistant United States Attorney

```
 1  STEVEN G. KALAR
    Federal Public Defender
 2  ROBERT M. CARLIN
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753
    E-mail: westcliff3@gmail.com
 5
    Counsel for Defendant
 6  JOSE MONDRAGON-SANCHEZ

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11                                      )
    UNITED STATES OF AMERICA,            )   No. CR 13-00057-EJD
12                                       )
                Plaintiff,               )   [~~PROPOSED~~] ORDER ON STIPULATION
13                                       )   TO CONTINUE STATUS CONFERENCE
    vs.                                  )
14                                       )
    JOSE MONDRAGON-SANCHEZ,              )
15                                       )
                Defendant.               )
16  _____

17              [~~PROPOSED~~] ORDER AS MODIFIED BY THE COURT
```

18  1. Mr. Mondragon has been charged in a single count Information, which was filed on

19  January 28, 2013, with a violation of 8 U.S.C. § 1326.

20  2. A status conference before this Honorable Court is scheduled for April 15, 2013, at

21  1:30 p.m.

22  3. Counsel and Mr. Mondragon need additional time to review the discovery provided by

23  the government.  Also, there is a legal issue that needs further research and discussion which

24  could significantly affect the disposition of Mr. Mondragon's case.

25  4. There is good cause for the requested continuance, and the "ends of justice" served by

26  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

1  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from April 15 to May 6, 2013, is excluded

2  pursuant to section § 3161 (h)(7)(A).

3      5.  The status hearing in this matter shall be continued to May 6, 2013, at 1:30 p.m.

4      IT IS SO ORDERED.

6  Dated: _____4/11/2013_____   _____
                                HON. EDWARD J. DAVILA
7                               United States District Judge